# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**DARYL ANTHONY GREEN**

Appellant,

v.

**CHRISTINE NIZER,** *et al.,*

Appellees.

Civil No. **PJM-21-2666**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 3rd day of February 2022

**ORDERED**

1. Appellant Daryl Anthony Green's appeal of the August 5, 2021 Order of the United States Bankruptcy Court for the District of Maryland staying the adversary proceeding is **DISMISSED.**

2. The Clerk of the Court is directed to close this case.

_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**